UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.

IN RE: REMOVAL OF:
UNITED STATES OF AMERICA          )
                                  )
          v.                      )     MOTION FOR PRETRIAL
                                  )         DETENTION
ANDREW J. POLESE                  )

    The United States of America, by and through the United States
Attorney for the Eastern District of North Carolina, places the
Court on notice that upon the initial appearance of the defendant
on the charges set forth below, the Government hereby moves for
detention of the defendant pursuant to 18 U.S.C. § 3142(f)(1)(A).
To the extent the defendant demands hearing on the same in this
district, the Government requests a three-day continuance thereon.

    1.    That the defendant is charged in a three count Indictment
with sex offenses against minors, in violation of Title 18 U.S.C.
§§ 2242(b) and 2243(b).  Such Indictment arises from the United
States District Court for the Northern District of Illinois,
Eastern Division, No. 06CR0572.

    2.    That the defendant is both a danger to the community and
a serious risk of flight, and should be detained pending trial on
the instant charges.

    WHEREFORE, the Government respectfully moves that defendant be
detained pending a detention hearing, whether such hearing occur in
the Eastern District of North Carolina or in the Northern District
of Illinois.

Respectfully submitted this _18th_ day of August, 2006.

GEORGE E.B. HOLDING
Acting United States Attorney


BY:  _Barbara D. Kocher_

BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division